IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

\_\_\_ FILED \_\_\_ ENTERED
\_\_\_ LODGED \_\_\_ RECEIVED

JUL 2 6 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| Helen McNeer, et al. | * | |
| Plaintiff(s) | | |
| | * | |
| vs. | | Civil No.: L 00-1780 |
| | * | |
| American Home, et al. | | |
| Defendant(s) | * | |

\*\*\*\*\*\*

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this 26 day of July, 2000,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

_____
Benson E. Legg
United States District Judge